# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| CORPORATE AIR, LLC, *et al.*, | Case No. 25-22602 |
| Debtors.[1] | (Joint Administration Requested) |
| CORPORATE AIR, LLC, *et al.*, | |
| v. | |
| NO RESPONDENT | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, Kevin Douglass, proposed counsel for above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certify that the list of creditors' names and addresses attached hereto as **Exhibit A** was, or will shortly be, uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Corporate Air, LLC (4224); Steel City Aviation, LLC; Cheyenne, LLC (0992); Pittsburgh Flight Training Center, Inc. (8968); Steel City Aviation, Inc. (5763); CAM Investments, Inc. (3980); and Schreiner Air Investments, LLC (8852). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 15 Allegheny County Airport, West Mifflin, PA 15122.

| | |
|---|---|
| Dated: September 29, 2025 | */s/ Kevin Douglass* |

Kevin Douglass (PA Bar No. 47748)
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
Two Gateway Center
Pittsburgh, Pennsylvania 15222
Telephone:     (412) 394-5400
Email: kdouglass@babstcalland.com

-and-

Domenic E. Pacitti (PA Bar No. 50739)
Michael W. Yurkewicz (PA Bar No. 207318)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-2700
Facsimile:      (215) 568-6603
Email:  dpacitti@klehr.com
            myurkewicz@klehr.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*