## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| CORPORATE AIR, LLC, *et al.*, | Case No. 25-22602 |
| Debtors.[1] | (Joint Administration Requested) |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
### VANTAGE AGC LLC

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the DIP Lender, Vantage AGC, LLC, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

        Respectfully submitted,
        BERNSTEIN-BURKLEY, P.C.

        BY:/s/*Kirk B. Burkley*
        Kirk B. Burkley (PA ID. No. 89511)
        601 Grant Street, 9th Floor
        Pittsburgh, PA  15219-1900
        (412) 456-8108 -- telephone
        (412) 456-8135
        E-mail:  kburkley@bernsteinlaw.com

        Attorney for DIP Lender,
        Vantage AGC LLC

Dated: 9/29/2025

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Corporate Air, LLC (4224); Steel City Aviation, LLC (5763); Cheyenne, LLC (0992); Pittsburgh Flight Training Center, Inc. (8968); Steel City Aviation, Inc. (5763); CAM Investments, Inc. (3980); and Schreiner Air Investments, LLC (8852). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 15 Allegheny County Airport, West Mifflin, PA 15122.

Case 25-22602-JCM    Doc 15    Filed 09/29/25    Entered 09/29/25 19:51:23    Desc Main
Document      Page 2 of 2