## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| CORPORATE AIR, LLC, *et al.*, | Case No. 25-22602 |
| Debtors.[1] | (Joint Administration Requested) |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
### VANTAGE AGC LLC

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the DIP Lender, Vantage AGC, LLC, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

BY: /s/*Mason S. Shelton*
Mason S. Shelton (PA ID. No. 332792)
601 Grant Street, 9th Floor
Pittsburgh, PA  15219-1900
(412) 456-8100 -- telephone
(412) 456-8135
E-mail:  mshelton@bernsteinlaw.com

Attorney for DIP Lender,
Vantage AGC LLC

Dated: 9/29/2025

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Corporate Air, LLC (4224); Steel City Aviation, LLC (5763); Cheyenne, LLC (0992); Pittsburgh Flight Training Center, Inc. (8968); Steel City Aviation, Inc. (5763); CAM Investments, Inc. (3980); and Schreiner Air Investments, LLC (8852). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 15 Allegheny County Airport, West Mifflin, PA 15122.