**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>CORPORATE AIR, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22602 (JCM)<br><br>(Joint Administration Requested) |
| CORPORATE AIR, LLC, *et al.,*<br><br>v.<br><br>NO RESPONDENT | |

**DEBTORS' NOTICE OF DESIGNATION AS COMPLEX CASE**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"),[2] in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their proposed undersigned counsel, which cases were filed on the date hereof, hereby give notice of designation of the Chapter 11 Cases as Complex Chapter 11 Cases pursuant to W.PA. LBR 1002-4. The Debtors believe that these Chapter 11 Cases qualify as a Complex Chapter 11 Case pursuant to Local Bankruptcy Rule 1002-4 based upon a combination of factors, including but not limited to, (i) the fact that the Debtors, on a consolidated basis, have total debts exceeding $11 million; (ii) the Debtors require expedited hearings for consideration of case management, administrative orders, and other first day motions; (iii) there are approximately 1,000 parties in interest in these

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Corporate Air, LLC (4224); Steel City Aviation, LLC; Cheyenne, LLC (0992); Pittsburgh Flight Training Center, Inc. (8968); Steel City Aviation, Inc. (5763); CAM Investments, Inc. (3980); and Schreiner Air Investments, LLC (8852). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 15 Allegheny County Airport, West Mifflin, PA 15122.

[2] A detailed description of the Debtors and their businesses, and the facts and circumstances supporting this motion and the Debtors' chapter 11 cases, are set forth in greater detail in the *Declaration of David Nolletti in Support of Debtors' First Day Motions and Applications* (the "First Day Declaration"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

1

11728091.v1

Chapter 11 Cases; and (iv) the Chapter 11 Cases will involve, *inter alia*, complex issues related to regulatory matters and other issues related to the transfer of assets under the authority of the Federal Aviation Administration. Claims against the Debtors and the equity interests in the Debtors are not publicly traded.

| | |
|---|---|
| Dated: September 29, 2025 | */s/ Kevin Douglass* |
| | Kevin Douglass (PA Bar No. 47748) |
| | **BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.** |
| | Two Gateway Center |
| | Pittsburgh, PA 15222 |
| | Telephone: (412) 394-5400 |
| | Email: kdouglass@babstcalland.com |
| | |
| | -and- |
| | |
| | Domenic E. Pacitti (PA Bar No. 50739) |
| | Michael W. Yurkewicz (PA Bar No. 207318) |
| | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | 1835 Market Street, Suite 1400 |
| | Philadelphia, Pennsylvania 19103 |
| | Telephone:   (215) 569-2700 |
| | Facsimile:   (215) 568-6603 |
| | Email:  dpacitti@klehr.com |
| |          myurkewicz@klehr.com |
| | |
| | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

11728091.v1