# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>CORPORATE AIR, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22602 (JCM)<br><br>(Joint Administration Requested) |
| CORPORATE AIR, LLC, *et al.,*<br><br>v.<br><br>NO RESPONDENT | |

## REQUEST FOR EMERGENCY CONSIDERATION OF FIRST DAY MOTIONS

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2], have filed the *Debtors' Notice of Designation as Complex Case* [D.I. 24]. The Debtors request emergency first day motion treatment pursuant to Rule 1002-6 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania for the following motions (collectively, the "First Day Motions"):

- Debtors' Emergency Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 4];

- Application of Debtors for Order Appointing Omni Agent Solutions as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and W. Pa. LBR 1002- 8, Effective as of the Petition Date [D.I. 5];

---

[1]  The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Corporate Air, LLC (4224); Steel City Aviation, LLC; Cheyenne, LLC (0992); Pittsburgh Flight Training Center, Inc. (8968); Steel City Aviation, Inc. (5763); CAM Investments, Inc. (3980); and Schreiner Air Investments, LLC (8852). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 15 Allegheny County Airport, West Mifflin, PA 15122.

[2]  A detailed description of the Debtors and their businesses, and the facts and circumstances supporting this motion and the Debtors' chapter 11 cases, are set forth in greater detail in the *Declaration of David Nolletti in Support of Debtors' First Day Motions and Applications* (the "First Day Declaration"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

1

- Debtors' Emergency Motion for an Order Authorizing the Debtors to File a Consolidated Creditor Matrix and a Consolidated List of the Debtors' 30 Largest Unsecured Creditors [D.I. 6];

- Debtors' Emergency Motion for an Order Establishing Certain Notice, Case Management and Administrative Procedures, Including Omnibus Hearing Dates and Times [D.I. 7];

- Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 8];

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [D.I. 9];

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Policies and Agreements Relating Thereto, (II) Honor Certain Prepetition Obligations in Respect Thereof, (III) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage and Insurance Premium Financing as Needed, and (IV) Continue to Honor Insurance Premium Financing Obligations [D.I. 10];

- Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply With the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [D.I. 11];

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [D.I. 12];

- Debtors' Emergency Motion for Entry of an Order Extending the Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 13];

- Emergency Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Claims of Lien Claimants, 503(b)(9) Claimants, and Critical Vendors and Granting Related Relief [D.I. 14]; and

11705259.v1

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protections; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [D.I. 16].

## BASIS FOR RELIEF REQUESTED

1. Through the First Day Motions, the Debtors seek relief relating to various aspects of their Chapter 11 Cases that require immediate attention, and the relief sought in each of the First Day Motions is authorized by, among other provisions, sections 105, 363 and 364 of the Bankruptcy Code.

2. A detailed description of the Debtors and their businesses, and the facts and circumstances supporting this request and the Debtors' filing of voluntary petitions for relief under chapter 11 of the Bankruptcy Code are set forth in greater detail in the First Day Declaration, filed contemporaneously herewith. This request incorporates by reference the facts set forth in the First Day Declaration as if fully set forth herein.

3. To preserve the value of the Debtors' estates and minimize disruption in the Debtors' business operations, the Debtors respectfully request that this Court schedule a hearing on the First Day Motions on an expedited basis.

4. The request for an expedited hearing on the First Day Motions is necessary because of the nature of certain demands on the Debtors immediately upon filing for bankruptcy, including, but not limited to, the need to: (i) obtain necessary post-petition financing and use of cash collateral; (ii) establish case management procedures; (iii) maintain their current cash management systems, including their bank accounts and business forms; (iv) pay prepetition wages, salaries, benefits, and other compensation; (v) prohibit utilities from altering, modifying, and/or discontinuing service and approving the proposed adequate assurance of future payments to utility providers; (vi) pay certain amounts required to maintain insurance; (vii) pay certain prepetition

3

taxes; (viii) retain a claims and noticing agent; (ix) file consolidated creditors lists and matrix; and (x) jointly administer their chapter 11 cases for procedural purposes.

## NOTICE

5.  Notice of this request will be given to the following parties, or, in lieu thereof, to their counsel via email, facsimile or overnight mail: (i) the Office of the United States Trustee for the Western District of PA; (ii) the Debtors' 30 largest unsecured creditors on a consolidated basis; (iii) counsel to the DIP Lender; (iv) the United States Attorney's Office for the Western District of Pennsylvania; (v) the Internal Revenue Service; (vi) the attorney general for the Commonwealth of Pennsylvania; and (vii) any party that requests service pursuant to Bankruptcy Rule 2002. Based on the urgency of the circumstances surrounding this request and the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request the Court enter an order, substantially in the form attached hereto as **Exhibit A**, scheduling an expedited hearing on the First Day Motions and granting such other relief as is just and proper.

11705259.v1

| | |
|---|---|
| Dated: September 29, 2025 | /s/ Kevin Douglass |

Kevin Douglass (PA Bar No. 47748)
**BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.**
Two Gateway Center
Pittsburgh, PA 15222
Telephone: (412) 394-5400
Email: kdouglass@babstcalland.com

-and-

Domenic E. Pacitti (PA Bar No. 50739)
Michael W. Yurkewicz (PA Bar No. 207318)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Facsimile:    (215) 568-6603
Email:  dpacitti@klehr.com
        myurkewicz@klehr.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*