# EXHIBIT A

## Proposed Order

6

11705259.v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>CORPORATE AIR, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-22602 (JCM)<br><br>(Jointly Administered)<br><br>**Related to Docket No. \_\_\_\_** |
| CORPORATE AIR, LLC, *et al.,*<br><br>v.<br><br>NO RESPONDENT | |

## NOTICE AND ORDER SETTING HEARING ON EXPEDITED BASIS

*AND NOW*, this \_\_\_ day of _____, 2025, **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing* on the following motions (collectively, the "First Day Motions") has been filed in the above-referenced case by Babst, Calland, Clements and Zomnir, P.C. and Klehr Harrison Harvey Branzburg LLP, proposed co-counsel for the above- captioned debtors and debtors in possession:

a. Debtors' Emergency Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 4];

b. Application of Debtors for Order Appointing Omni Agent Solutions as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and W. Pa. LBR 1002-8, Effective as of the Petition Date [D.I. 5];

c. Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, and (II) Authorizing the Debtors to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors [D.I. 6];

d. Debtors' Emergency Motion for an Order Establishing Certain Notice, Case Management and Administrative Procedures, Including Omnibus Hearing Dates and Times [D.I. 7];

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Corporate Air, LLC (4224); Steel City Aviation, LLC; Cheyenne, LLC (0992); Pittsburgh Flight Training Center, Inc. (8968); Steel City Aviation, Inc. (5763); CAM Investments, Inc. (3980); and Schreiner Air Investments, LLC (8852). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 15 Allegheny County Airport, West Mifflin, PA 15122.

11705259.v1

    e.    Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 8];

    f.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [D.I. 9];

    g.    Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Policies and Agreements Relating Thereto, (II) Honor Certain Prepetition Obligations in Respect Thereof, (III) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage and Insurance Premium Financing as Needed, and (IV) Continue to Honor Insurance Premium Financing Obligations [D.I. 10];

    h.    Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply With the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [D.I. 11];

    i.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [D.I. 12];

    j.    Debtors' Emergency Motion for Entry of an Order Extending the Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 13];

    k.    Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Claims of Lien Claimants, 503(b)(9) Claimants, and Critical Vendors and Granting Related Relief [D.I. 14]; and

    l.    Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protections; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [D.I. 16].

**On or before** \_, \_\_\_\_\_, 2025, at \_\_:**00 AM (EST)**, responses to the First Day Motions shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

A hearing will be held on \_\_\_\_\_ **day,** _____**, 2025, at** \_:**00 PM (ET)**, before Judge Melaragno in Courtroom \_\_, \_\_\_\_ Floor, U.S. Courthouse, Suite B250, 17 South Park Row, Erie, Pennsylvania 16501 or via video conference from Judge Melaragno's Pittsburgh Courtroom "C" at 5430 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Parties may participate in person or remotely by utilizing the Zoom video conference platform as instructed below.

11705259.v1

   Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: _____, or alternatively, you may use the following Meeting ID: _____. All participants appearing remotely via Zoom or otherwise must comply with Judge Melaragno's Procedures.

   All persons are reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time. All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Melaragno's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

   ***Movants shall serve*** a copy of this completed Order and the First Day Motions by U.S. Mail **and**, (1) overnight mail **or** (2) facsimile **or** (3) email (separate from CM/ECF) on: (i) the Office of the United States Trustee for the Western District of PA; (ii) the Debtors' 30 largest unsecured creditors on a consolidated basis; (iii) counsel to the DIP Lender; (iv) the United States Attorney for the Western District of Pennsylvania; (v) the Federal Aviation Authority; (vi) Allegheny County, Pennsylvania; (vii) the United States Department of Transportation; (viii) any party that requests notice pursuant to Bankruptcy Rule 2002. Movant shall file a certificate of service indicating such service as soon as possible.

Dated: _____, 2025

                       _____
                        The Honorable John C. Melaragno
                        United States Bankruptcy Judge

11705259.v1