IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Corporate Air, LLC                                                        Case No 25-22602 JCM

                                                                          Chapter 11

      Debtor.

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

    Please enter the appearance of Ronna G. Jackson on behalf of the United States Trustee in the above captioned matter.

                           Respectfully Submitted,

                           ANDREW R. VARA
                           UNITED STATES TRUSTEE
                           Regions 3 and 9

                  By: /s/ *Ronna G. Jackson*
                       Ronna G. Jackson, Trial Attorney
                       Ohio Bar ID 80432
                       William S. Moorhead Federal Building
                       1000 Liberty Avenue, Suite 1316
                       Pittsburgh, Pennsylvania 15222
                       (313) 226-7934 Telephone
                       Ronna.G.Jackson@usdoj.gov